**Debro Siddiq ABDUL–AKBAR, Plaintiff—Appellant,**

v.

**Gary SAVAGE; Anthony Coates; Cornelious Harrison; Robert Teller; Kimberly Horsley; Sharon La Rhue; Mike Davis; John R. Kaye; Housing Authority of Baltimore; AFSCME**

§ 636(c) (2000).

**Local 647, and all other Persons who are found to have a hidden hand in the acts described within, et al., Defendants—Appellees.**

No. 08–1628.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 14, 2008.

Decided: Nov. 12, 2008.

Debro Siddiq Abdul–Akbar, Appellant Pro Se.

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Debro Siddiq Abdul–Akbar seeks to appeal the district court's order dismissing his complaint without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Abdul–Akbar seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066 (4th Cir.1993). Accordingly, we deny his motion for appointment of counsel and dismiss the appeal for lack of jurisdic-

tion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*